USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------
RYAN O'DELL,

        Plaintiff,

v.

KNOWBE4, INC., SJOERD SJOUWERMAN,
JEREMIAH DALY, STEPHEN SHANLEY,
KARA WILSON, GERHARD WATZINGER,
KEVIN KLAUSMEYER, KRISH
VENKATARAMAN,

        Defendants.
---------------------------------------------------------

Civ. No.   1:22-cv-9727

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ryan O'Dell hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED: January 18, 2023

Respectfully submitted,

**MELWANI & CHAN LLP**

/s *Gloria Kui Melwani*
Gloria Kui Melwani (GM5661)
1180 Avenue of the Americas, 8th Floor
New York, New York 10036
Tel: (212) 382-4620
Email: gloria@melwanichan.com

*Attorneys for Plaintiff*

---

Application GRANTED. This case is hereby DISMISSED with prejudice and without costs or attorneys' fees to any party. The Clerk of Court is respectfully directed to terminate all deadlines and to close this case.

SO ORDERED.

*[signature]*
Date: 1/19/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE